JOHN A. WHITESIDES, ESQ., SBN 125611
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BRUNSVIK, LILLIAN BRUNSVIK, and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK, <br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, UNION FIDELITY LIFE INSURANCE COMPANY, AMERICAN GENERAL INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No.: 1:11-CV-00014-OWW-GSA<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING** |

   WHEREAS, Plaintiff GARY BRUNSVIK, LILLIAN BRUNSVIK, and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK, and Defendant AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA (hereinafter AMERICAN BANKERS), are currently engaged in settlement discussions, and

   WHEREAS, AMERICAN BANKERS' present deadline to file a responsive pleading is

PDF created with pdfFactory trial version www.pdffactory.com

January 11, 2011,

     Plaintiff GARY BRUNSVIK, LILLIAN BRUNSVIK, and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK and Defendant AMERICAN BANKERS hereby stipulate to extend the deadline for AMERICAN BANKERS to file a responsive pleading for 14 days, to January 25, 2011.

Dated:  January 11, 2011      ANGELO, KILDAY & KILDUFF, LLP

                               */s/ John A. Whitesides*
                          By:_____
                           JOHN A. WHITESIDES
                           Attorneys for Defendant AMERICAN
                           BANKERS LIFE ASSURANCE COMPANY
                           OF FLORIDA

Dated:  January 11, 2011      WILKINS, DROLSHAGEN & CZESHINSKI, LLP

                               */s/ James H. Wilkins*
                          By:_____
                           JAMES H. WILKINS
                         Attorneys for Plaintiff GARY BRUNSVIK,
                         LILLIAN BRUNSVIK, and DAN ANDERSEN,
                         Executor for THE ESTATE OF BEN
                         BRUNSVIK

## **ORDER**

     Good cause appearing therefore, **IT IS HEREBY ORDERED** that the deadline for AMERICAN BANKERS LIFE ASSURANCE COMPANY OF FLORIDA to file a responsive pleading to the Complaint is extended to January 25, 2011.

IT IS SO ORDERED.

Dated: January 11, 2011          /s/ OLIVER W. WANGER
                                   United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com