1 | MICHAEL K. BRISBIN (SBN: 169495)
**WILSON, ELSER, MOSKOWITZ,**
2 |   **EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
3 | San Francisco, California 94105-2725
Telephone:   (415) 433-0990
4 | Facsimile:   (415) 434-1370

5 | NICOLE Y. POMERANTZ (SBN: 177284)
**WILSON, ELSER, MOSKOWITZ,**
6 |   **EDELMAN & DICKER LLP**
555 S. Flower Street, Suite 2900
7 | Los Angeles, CA 90071
Telephone:   (213) 443-5100
8 | Facsimile:   (213) 443-5101

9 | Attorneys for Defendant,
**AMERICAN GENERAL LIFE INSURANCE COMPANY erroneously sued as**
10 | **American General Insurance Company**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA (FRESNO)**

| | |
|---|---|
| GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK, | Case No.: 1:11-cv-00014-OWW-GSA |
| Plaintiff, | **STIPULATION OF THE PARTIES FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, UNION FIDELITY LIFE INSURANCE COMPANY, AMERICAN GENERAL INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY, and Does 1 through 50, inclusive, | Complaint Served: December 6, 2010
Removed from State Court: 1/4/11
Response Currently Due: 1/11/11
New Response Date: 2/10/11 |
| Defendants. | |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 144, by and between

Plaintiffs GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE

ESTATE OF BEN BRUNSVIK (collectively "plaintiffs") and Defendant AMERICAN GENERAL

LIFE INSURANCE COMPANY erroneously sued as American General Insurance Company

("AGLIC"), through their attorneys of record, as follows:

1. American General Insurance Company was served with the Summons and Complaint on or about December 6, 2010;

2. AGLIC filed a Joinder to Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S Notice of Removal on January 4, 2011. AGLIC also filed a Certificate of Interested Parties and Related Cases Statement on January 4, 2011;

3. According to the Federal Rules AGLIC's response to the Complaint currently is due on or before January 11, 2011;

4. The parties agree that AGLIC may have an extension up to and including February 10, 2011 to answer or otherwise respond to the Complaint herein; and

5. The requested extension exceeds 28 days as provided in Local Rule 144(a) and requires this filing as well as approval by the Court.

Date: January 10, 2011                WILSON, ELSER, MOSKOWITZ,
                                      EDELMAN & DICKER LLP

                         By:     /s/ Michael K. Brisbin
                                 MICHAEL K. BRISBIN
                                 NICOLE Y. POMERANTZ
                                 Attorneys for Defendant,
                                 **AMERICAN GENERAL LIFE INSURANCE COMPANY**

Date: January 10, 2011                WILKINS, DROLSHAGEN & CZESHINSKI LLP

                         By:     /s/ James H. Wilkins
                                 JAMES H. WILKINS
                                 Attorney for Plaintiffs,
                                 **GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK**

## **ORDER**

Having considered the request of Plaintiffs and Defendant AGLIC and finding good cause **IT IS ORDERED** that AGLIC shall have up to and including February 10, 2011 to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:  **January 11, 2011**           **/s/ Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE

3

STIPULATION OF THE PARTIES FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY TO RESPOND TO COMPLAINT; ORDER
**Error! Unknown document property name.**
Case No.: 1:11-cv-00014-OWW-GSA