1  MICHAEL K. BRISBIN (SBN: 169495)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street – 17th Floor
3  San Francisco, California 94105-2725
   Telephone:    (415) 433-0990
4  Facsimile:    (415) 434-1370

5  NICOLE Y. POMERANTZ (SBN: 177284)
   **WILSON, ELSER, MOSKOWITZ,**
6    **EDELMAN & DICKER LLP**
   555 S. Flower Street, Suite 2900
7  Los Angeles, CA 90071
   Telephone:    (213) 443-5100
8  Facsimile:    (213) 443-5101

9  Attorneys for Defendant,
   **AMERICAN GENERAL LIFE INSURANCE COMPANY erroneously sued as**
10 **American General Insurance Company**

11
                          **UNITED STATES DISTRICT COURT**
12
                       **EASTERN DISTRICT OF CALIFORNIA (FRESNO)**
13

| | |
|---|---|
| GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK, | Case No.: 1:11-cv-00014-OWW-GSA |
| Plaintiff, | **STIPULATION OF THE PARTIES FOR EXTENSION OF TIME FOR DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY TO RESPOND TO COMPLAINT; ORDER** |
| vs. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, UNION FIDELITY LIFE INSURANCE COMPANY, AMERICAN GENERAL INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY, and Does 1 through 50, inclusive, | Complaint Served: December 6, 2010<br>Removed from State Court: 1/4/11<br>Response Currently Due: 1/11/11<br>New Response Date: 2/10/11 |
| Defendants. | |

25     **IT IS HEREBY STIPULATED,** pursuant to Local Rule 144, by and between

26  Plaintiffs GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE

27  ESTATE OF BEN BRUNSVIK (collectively "plaintiffs") and Defendant AMERICAN GENERAL

28  LIFE INSURANCE COMPANY erroneously sued as American General Insurance Company

("AGLIC"), through their attorneys of record, as follows:

1. American General Insurance Company was served with the Summons and Complaint on or about December 6, 2010;

2. AGLIC filed a Joinder to Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY'S Notice of Removal on January 4, 2011.  AGLIC also filed a Certificate of Interested Parties and Related Cases Statement on January 4, 2011;

3. According to the Federal Rules AGLIC's response to the Complaint currently is due on or before January 11, 2011;

4. The parties agree that AGLIC may have an extension up to and including February 10, 2011 to answer or otherwise respond to the Complaint herein; and

5. The requested extension exceeds 28 days as provided in Local Rule 144(a) and requires this filing as well as approval by the Court.

Date: January 10, 2011              WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                            By:     /s/ Michael K. Brisbin
                                    MICHAEL K. BRISBIN
                                    NICOLE Y. POMERANTZ
                                    Attorneys for Defendant,
                                    **AMERICAN GENERAL LIFE INSURANCE COMPANY**


Date: January 10, 2011              WILKINS, DROLSHAGEN & CZESHINSKI LLP


                            By:     /s/ James H. Wilkins
                                    JAMES H. WILKINS
                                    Attorney for Plaintiffs,
                                    **GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK**

## **ORDER**

Having considered the request of Plaintiffs and Defendant AGLIC and finding good cause **IT IS ORDERED** that AGLIC shall have up to and including February 10, 2011 to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated:   **January 12, 2011**                      **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE