Henry C. Wang, (SBN 196537)
E-mail: hwang@reedsmith.com
Nabil A. Bisharat (SBN 270305)
E-mail: nbisharat@reedsmith.com
REED SMITH LLP
355 S. Grand Avenue, Suite 2900
Los Angeles, CA 90071
Tel: 213-457-8163
Fax: 213-457-8080

Attorneys for Defendant
Stonebridge Life Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, UNION FIDELITY LIFE INSURANCE COMPANY, AMERICAN GENERAL INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:11-CV-00014-OWW-GSA<br><br>**STIPULATION OF THE PARTIES FOR EXTENSION OF TIME FOR DEFENDANT STONEBRIDGE LIFE INSURANCE COMPANY TO RESPOND TO COMPLAINT; ORDER** |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS HEREBY STIPULATED**, pursuant to Local Rule 144, by and between Plaintiffs Gary Brunsvik, Lilian Brunsvik and Dan Andersen, Executor for the Estate of Ben Brunsvik (collectively "plaintiffs") and Defendant Stonebridge Life Insurance Company, through their attorneys of record, as follows:

1. Stonebridge Life Insurance Company was served with the Summons and Complaint on or about December 6, 2010;

2. Stonebridge Life Insurance Company filed a Joinder to Defendant Hartford Life and Accident Insurance Company's Notice of Removal on January 4, 2011. Stonebridge Life Insurance Company also filed a Certificate of Interested Parties and Related Cases Statement on January 6, 2011;

3. According to the Federal Rules, Stonebridge Life Insurance Company's response to the Complaint was due on January 9, 2011;

4. The parties agree that Stonebridge Life Insurance Company may have a fifteen (15) day) extension up to and including January 24, 2011 to answer or otherwise respond to the Complaint herein; and

5. The requested extension comes after the date that a response to the Complaint was due. Due to this circumstance, the parties seek the approval of the Court under Local Rule 144.

Dated: January 14, 2011        REED SMITH, LLP
                               Henry C. Wang


                               By: /S/ *Henry C. Wang*
                                   Henry C. Wang
                                   Nabil A. Bisharat
                                   Attorneys for Defendant,
                                   STONEBRIDGE LIFE INSURANCE
                                   COMPANY

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Dated: January 14, 2011

WILKINS, DROLSHAGEN & CZESHINSKI LLP
James H. Wilkins


By: /S/ *James H. Wilkins*
James H. Wilkins
Attorneys for Plaintiffs,
GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK

## **ORDER**

Having considered the request of Plaintiffs and Defendant Stonebridge Life Insurance Company, and finding good cause, IT IS ORDERED that Stonebridge Life Insurance Company shall have up to and including January 24, 2011 to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: **January 18, 2011**           /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE