1  MICHAEL K. BRISBIN (SBN: 169495)
   **WILSON, ELSER, MOSKOWITZ,**
2    **EDELMAN & DICKER LLP**
   525 Market Street – 17th Floor
3  San Francisco, California 94105-2725
   Telephone:   (415) 433-0990
4  Facsimile:    (415) 434-1370

5  NICOLE Y. POMERANTZ (SBN: 177284)
   **WILSON, ELSER, MOSKOWITZ,**
6    **EDELMAN & DICKER LLP**
   555 S. Flower Street, Suite 2900
7  Los Angeles, CA 90071
   Telephone:   (213) 443-5100
8  Facsimile:    (213) 443-5101

9  Attorneys for Defendant,
   **AMERICAN GENERAL LIFE INSURANCE COMPANY,**
10 **erroneously sued as AMERICAN GENERAL INSURANCE COMPANY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK,<br><br>              Plaintiff,<br><br>vs.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, UNION FIDELITY LIFE INSURANCE COMPANY, AMERICAN GENERAL INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>              Defendants. | Case No.: 1:11-cv-00014-OWW-GSA<br><br>**JOINT STIPULATION RE VOLUNTARY DISMISSAL OF ONLY DEFENDANT AMERICAN GENERAL INSURANCE COMPANY; ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiffs GARY BRUNSVIK, LILIAN BRUNSVIK, and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK, and Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY,

---

STIPULATION RE VOLUNTARY DISMISSAL OF ACTION AS TO AMERICAN GENERAL LIFE INSURANCE COMPANY; ORDER

**Error! Unknown document property name.**
Case No.: 1:11-cv-00014-OWW-GSA

1

erroneously sued as AMERICAN GENERAL INSURANCE COMPANY, and their attorneys of record, that the complaint filed by Plaintiffs against Defendant AMERICAN GENERAL INSURANCE COMPANY shall be dismissed with prejudice only as to Defendant AMERICAN GENERAL INSURANCE COMPANY, each party to this Joint Stipulation to bear their own attorney fees and costs.

Date: February 3, 2011                              WILSON, ELSER, MOSKOWITZ,
                                                    EDELMAN & DICKER LLP


                                        By:        /s/ Michael K. Brisbin
                                                    MICHAEL K. BRISBIN
                                                    NICOLE Y. POMERANTZ
                                                    Attorneys for Defendant,
                                                    **AMERICAN GENERAL LIFE INSURANCE COMPANY**


Date: February 8, 2011                              WILKINS, DROLSHAGEN & CZESHINSKI LLP


                                        By:        /s/ James H. Wilkins
                                                    JAMES H. WILKINS
                                                    Attorney for Plaintiffs,
                                                    **GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK**


### ORDER

Pursuant to the Stipulation of the Plaintiffs and Defendant AMERICAN GENERAL LIFE INSURANCE COMPANY, and good cause appearing, **IT IS ORDERED** that the Complaint against only Defendant AMERICAN GENERAL INSURANCE COMPANY is dismissed with prejudice, each party to this Joint Stipulation to bear their own attorney fees and costs.

///

///

1  IT IS SO ORDERED.

2     Dated:   **February 9, 2011**             **/s/ Oliver W. Wanger**
3                                              UNITED STATES DISTRICT JUDGE

STIPULATION RE VOLUNTARY DISMISSAL OF ACTION AS TO AMERICAN GENERAL LIFE INSURANCE COMPANY; ORDER
**Error! Unknown document property name.**
Case No.: 1:11-cv-00014-OWW-GSA