James H. Wilkins, #116364
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiffs, GARY BRUNSVIK,
LILLIAN BRUNSVIK and DAN ANDERSEN,
Executor for THE ESTATE OF BEN BRUNSVIK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GARY BRUNSVIK, LILLIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, UNION FIDELITY LIFE INSURANCE COMPANY, AMERICAN GENERAL INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY, and Does 1 through 50, inclusive.<br><br>Defendants. | Case No. 1:11-CV-00014-OWW-GSA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF AMERICAN BANKERS LIFE ASSURANCE COMPANY** |

THE PARTIES IN THE ABOVE-ENTITLED ACTION, Plaintiffs, GARY BRUNSVIK, LILLIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK, and Defendant, AMERICAN BANKERS LIFE ASSURANCE COMPANY, do hereby stipulate and agree:

///

WHEREAS a settlement agreement was entered between the above-named parties to this action which includes an agreement by Plaintiffs to stipulate to a dismissal of the action as; and

WHEREAS based on the terms of the settlement agreement, the above-named parties stipulate and agree that the above-entitled action and the Complaint filed against AMERICAN BANKERS LIFE ASSURANCE COMPANY, be dismissed with prejudice.

Dated: February 14, 2011              WILKINS, DROLSHAGEN & CZESHINSKI LLP

                                      By   /s/ James H. Wilkins
                                           James H. Wilkins
                                      Attorneys for Plaintiff GARY BRUNSVIK, LILLIAN
                                      BRUNSVIK and DAN ANDERSEN, Executor for
                                      THE ESTATE OF BEN BRUNSVIK

Dated: February 14, 2011                      ANGELO, KILDAY & KILDUFF

                                      By   /s/ John A. Whitesides
                                           John A. Whitesides
                                      Attorneys for Defendant, AMERICAN BANKERS
                                      LIFE ASSURANCE COMPANY

**ORDER**

Pursuant to the Stipulation between the parties, it is hereby ordered that the above-entitled action is dismissed with prejudice as against Defendant, AMERICAN BANKERS LIFE ASSURANCE COMPANY.

IT IS SO ORDERED.

**Dated:   February 14, 2011**              /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE