1  James P. Lemieux (SBN 167367)
   E-mail: lem@darlaw.com
2  David A. Ring (SBN 190011)
   E-mail: rin@darlaw.com
3  **DEMLER, ARMSTRONG & ROWLAND**
   4500 E. Pacific Coast Highway, Fourth Floor
4  Long Beach, CA  90804
   Tel:  562-391-2488
5  Fax:  562-494-3958

6  Attorneys for Defendant
   Union Fidelity Life Insurance Company
7

8              UNITED STATES DISTRICT COURT

9           EASTERN DISTRICT OF CALIFORNIA (FRESNO)

10

| | |
|---|---|
| 11  GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK,<br><br>                    Plaintiff,<br><br>       v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, UNION FIDELITY LIFE INSURANCE COMPANY, AMERICAN GENERAL INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY, and Does 1 through 50, inclusive,<br><br>                    Defendants. | Case No. 1:11-CV-00014-OWW-GSA<br><br>**JOINT STIPULATION RE VOLUNTARY DISMISSAL OF DEFENDANT UNION FIDELITY LIFE INSURANCE COMPANY ONLY; ORDER** |

23        IT IS HEREBY STIPULATED by and between plaintiffs GARY

24  BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE

25  ESTATE OF BEN BRUNSVIK, and defendant Union Fidelity Life Insurance

26  Company, and their attorneys of record, that the complaint filed by plaintiffs

27  against defendant UNION FIDELITY LIFE INSURANCE COMPANY shall be

28  dismissed with prejudice only as to defendant UNION FIDELITY LIFE

INSURANCE COMPANY, each party to this Joint Stipulation to bear their own attorney fees and costs.

Dated:  May 3, 2011                                DEMLER, ARMSTRONG & ROWLAND


By:  /s/ JAMES P. LEMIEUX
James P. Lemieux
David A. Ring
Attorneys for Defendant
Union Fidelity Life Insurance Company

Dated:  May 3, 2011                                WILKINS, DROLSHAGEN & CZESHINSKI, LLP


By:  /s/ JAMES H. WILKINS
James H. Wilkins
Attorneys for Plaintiffs
GARY BRUNSVIK, LILIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK

## **ORDER**

Pursuant to the Stipulation of the plaintiffs and defendant UNION FIDELITY LIFE INSURANCE COMPANY, and good cause appearing, **IT IS ORDERED** that the complaint against defendant UNION FIDELITY LIFE INSURANCE COMPANY only is dismissed with prejudice, each party to this Joint Stipulation to bear their own attorney fees and costs.


IT IS SO ORDERED.

Dated:  **May 4, 2011**                          **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE