BAUTE CROCHETIERE & MALONEY LLP
Mark D. Baute (State Bar No. 127329)
mbaute@bautelaw.com
Henry C. Wang (State Bar No. 196537)
hwang@bautelaw.com
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

Attorneys for Defendant
STONEBRIDGE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

GARY BRUNSVIK, LILLIAN BRUNSVIK and DAN ANDERSEN, Executor for THE ESTATE OF BEN BRUNSVIK,

Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, UNION FIDELITY LIFE INSURANCE COMPANY, AMERICAN GENERAL INSURANCE COMPANY, REASSURE AMERICA LIFE INSURANCE COMPANY, AMERICAN BANKERS LIFE ASSURANCE COMPANY, and Does 1 through 50, inclusive,

Defendants.

Case No. 1:11-CV-00014-OWW-GSA
[Complaint Filed January 4, 2011]

**ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANT STONEBRIDGE LIFE INSURANCE COMPANY**

BAUTE CROCHETIERE & MALONEY LLP
777 SOUTH FIGUEROA STREET, SUITE 4900
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

BAUTE CROCHETIERE & MALONEY LLP
777 SOUTH FIGUEROA STREET, SUITE 4900
LOS ANGELES, CALIFORNIA 90017
(213) 630-5000

**ORDER**

Pursuant to the Stipulation of the parties, IT IS HEREBY ORDERED that Stonebridge Life Insurance Company is dismissed with prejudice pursuant to FRCP 41(a)(1), with each party to their own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated: August 26, 2011**

**/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

USDC Case No. 1:11-CV-00014-OWW-GSA
11cv0014.o.dism.dft.wpd

**ORDER RE DISMISSAL**

1