UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BRUNSVIK,<br><br>                    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Defendant. | Case No. 11-CV-00014-AWI-GSA<br><br>**ORDER GRANTING THE PARTIES' FIRST STIPULATION FOR CONTINUANCE OF TIME FOR  DISCOVERY CUT-OFFS AND EXPERT DESIGNATION DATES** |

FOR GOOD CAUSE APPEARING AND BASED ON THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT the discovery cut-offs and expert disclosure dates in this case shall be continued as follows:

| | |
|---|---|
| Non-Expert discovery cut-off | From 12/30/11 to 2/2/12 |
| Expert disclosures | From 1/9/12 to 2/16/12 |
| Supplemental expert disclosures | From 2/9/12 to 3/6/12 |
| Expert discovery cut-off | From 3/9/12 to 3/27/12 |

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4828-9320-2190 v1                    - 1 -                    CASE NO. 11-CV-00014-AWI-GSA
ORDER RE STIPULATION FOR CONTINUANCE
OF DISCOVERY CUT-OFFS

1        All other dates are to remain the same.

2

3

4

5    IT IS SO ORDERED.

6        Dated:  __December 29, 2011__         _____/s/ Gary S. Austin__

7                                        UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4828-9320-2190 v1          - 2 -          CASE NO. 11-CV-00014-AWI-GSA
ORDER RE STIPULATION FOR CONTINUANCE
OF DISCOVERY CUT-OFFS