UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY BRUNSVIK,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | Case No. 11-CV-00014-AWI-GSA<br><br>**ORDER GRANTING THE PARTIES' FIRST STIPULATION FOR CONTINUANCE OF TIME FOR DISCOVERY CUT-OFFS AND EXPERT DESIGNATION DATES** |

FOR GOOD CAUSE APPEARING AND BASED ON THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT the discovery cut-offs and expert disclosure dates in this case shall be continued as follows:

| | |
|---|---|
| Non-Expert discovery cut-off | From 12/30/11 to 2/2/12 |
| Expert disclosures | From 1/9/12 to 2/16/12 |
| Supplemental expert disclosures | From 2/9/12 to 3/6/12 |
| Expert discovery cut-off | From 3/9/12 to 3/27/12 |

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4828-9320-2190 v1 - 1 - CASE NO. 11-CV-00014-AWI-GSA
ORDER RE STIPULATION FOR CONTINUANCE
OF DISCOVERY CUT-OFFS

1    All other dates are to remain the same.

IT IS SO ORDERED.

Dated:   **December 29, 2011**              /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4828-9320-2190 v1         - 2 -          CASE NO. 11-CV-00014-AWI-GSA
                                             ORDER RE STIPULATION FOR CONTINUANCE
                                             OF DISCOVERY CUT-OFFS