UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| GARY BRUNSVIK,<br><br>                    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>                    Defendant. | Case No.  1:11-CV-00014-AWI-GSA<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |

Based on the parties' stipulation, IT IS HEREBY ORDERED that the above-referenced action shall be dismissed in its entirety with prejudice as against Hartford Life and Accident Insurance Company.  The parties are to bear their own respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated:  March 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28